. Louis H. Wahl, as Administrator of the Estate of Julius P. Wahl, Deceased, et al., Respondents, *v.* George L. Lewis et al., Appellants.

Reported below, 131 App. Div. 921.
(Argued April 26, 1909; decided May 4, 1909.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action by a client to recover from attorneys money collected by them on a judgment in said client's favor and claimed by said attorneys to be due to them for their services.

The motion was made upon the grounds that the action was in effect one for services, and, therefore, unappealable to the Court of Appeals; that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that no questions of law were involved, and that the appeal was frivolous and taken for purposes of delay only.

*E. W. Holt* for motion.

*W. C. Carroll* opposed.

Motion denied, with ten dollars costs.